UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

COREY L. HARRIS #231811,

    *Plaintiff,*

v.                                                                      Case No. 2:06-cv-198
                                                                      HON. R. ALLAN EDGAR

PATRICIA L. CARUSO, et. al.,

    *Defendant.*
_____/

## ORDER

Plaintiff Corey L. Harris, a state prisoner in the custody of the Michigan Department of Corrections brings this civil rights action under 42 U.S.C. § 1983. After initial review and screening of the plaintiff's complaint, Magistrate Judge Timothy P. Greeley has submitted a report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.1 and 72.2. [Doc. No. 4]. The Magistrate Judge recommends that the complaint be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, and 42 U.S.C. § 1997e(c).

Plaintiff has filed objections.[Doc. No. 5]. After reviewing the record, the Court concludes that the objections are without merit and are **DENIED**. The Court **ACCEPTS and ADOPTS** the report and recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). The plaintiff's complaint shall be **DISMISSED WITH PREJUDICE.** A separate judgment will be entered.

    SO ORDERED.

    Dated: August 30, 2006                                       */s/ R. Allan Edgar*
                                                                                  R. ALLAN EDGAR
                                                                                  UNITED STATES DISTRICT JUDGE